

William Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
wdownes@mizrahikroub.com
www.mizrahikroub.com

February 25, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   02/28/22

Re:   *Contreras v. TD Associates, LLC*; Case No. 1:21-cv-9096 (VSB)

Dear Judge Broderick:

We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced class action. Pursuant to this Court's Individual Rules and Practices in Civil Cases 1(G), we respectfully request a 10-day extension to file Plaintiff's opposition to Defendant's motion to dismiss. *See* Docket No. 25.

The original date for the submission of Plaintiff's opposition papers was February 25, 2022. This is Plaintiff's first request for an extension and this request is made on consent. The parties were engaged in substantive discussions to resolve this case and were hoping that an opposition would be unnecessary. Unfortunately, that is not the case, and Plaintiff respectfully requests an extension of ten (10) days to file its opposition.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ William J. Downes*
William J Downes, Esq.

Cc:   All Counsel of Record (via ECF)