UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
YENSY CONTRERAS, Individually, and on  :
Behalf of All Others Similarly Situated,  :      Case No.: 1:21-cv-09096-VSB
                                          :
              Plaintiff,                  :
                                          :
    v.                                    :
                                          :
TD ASSOCIATES, LLC,                       :
                                          :
              Defendant.                  :
-----------------------------------------------------------x
```

**Defendant's Notice of Motion**

Please take notice that Defendant TD Associates LLC (TackleDirect) will move this Court, before the Honorable Vernon S. Broderick, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an order awarding TackleDirect its reasonable attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d)(2) and 42 U.S.C. § 12205, and sanctions against the plaintiff's counsel pursuant to 28 U.S.C. § 1927 and the Court's inherent power. This motion is based upon the accompanying declarations of Peter Brann and Hannah Wurgaft, the accompanying exhibits to those declarations, and the accompanying memorandum of law.

Response to this motion is due in accordance with Rule 6.1 of the Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York.

| | |
|---|---|
| Dated: August 25, 2022 | Respectfully submitted, |
| | Frederic P. Galin<br>Methfessel & Werbel, P.C.<br>2025 Lincoln Hwy., Suite 600<br>Edison, NJ 08818<br>(732) 248-4200<br>gallin@methwerb.com |

/s/ Peter J. Brann
Peter J. Brann
(admitted *pro hac vice*)
Hannah L. Wurgaft
(admitted *pro hac vice*)
Brann & Isaacson
184 Main Street, 4th Floor
Lewiston, ME 04243-3070
(207) 786-3566
pbrann@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*