

**PETER J. BRANN | Partner**
pbrann@brannlaw.com
(207) 557-8881

The Court is in receipt of Defendant's motion and will issue a decision in due course.

Dated: October 18, 2024

*/s/ Vernon S. Broderick*
Vernon S. Broderick
United States District Judge

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

    Re:    Yensy Contreras v. TD Associates, LLC, No. 1:21-cv-09096 (VSB)

Dear Judge Broderick:

    We represent Defendant TD Associates, LLC in this matter. We write only to alert the Court that Defendant has pending a motion for attorneys' fees and sanctions that may not have come to the Court's attention because the case is considered closed. We did not see anything in the Court's individual rules or the local rules that address this situation, we are submitting this letter instead.

    On March 11, 2022, the parties completed briefing on Defendant's motion to dismiss the amended complaint in the underlying action. ECF 31. On August 11, 2022, Plaintiff Yensy Contreras voluntarily dismissed the case with prejudice, ECF 32, and the Pacer Report describes the case as terminated on August 12, 2022. On August 24, 2022, Defendant filed a motion for attorneys' fees and sanctions, ECF 33, and briefing on that motion concluded on November 15, 2022. ECF 48.

    Because the case is considered closed, the Court presumably would not have received any administrative notification of the pendency of Defendant's motion. Accordingly, Defendant submits this letter simply to notify the Court of this pending motion.

    Respectfully submitted,

    /s/Peter J. Brann

    Peter J. Brann

cc: Counsel of Record (By ECF)

BRANN & ISAACSON | Lewiston, ME | Portland, ME
P.O. Box 3070, 113 Lisbon Street | Lewiston, ME 04243–3070 | (207) 786–3566 | www.brannlaw.com